UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES WILLIAMS,<br><br>         Plaintiff,<br><br>    v.<br><br>SUPERINTENDENT HOLBROOK, et al.,<br><br>         Defendants. | 4:16-cv-05158-SAB<br><br>**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS COMPLAINT** |

   Plaintiff, a prisoner at the Washington State Penitentiary, presented a *pro se* civil rights complaint on December 12, 2016.  He now asks to withdraw the complaint and seeks the return of this 160 page document.  Because this file has been opened, the Court will construe Plaintiff's request as a Motion to Voluntarily Dismiss, ECF No. 5.

   No ruling has been made regarding Plaintiff's application to proceed *in forma pauperis*.  Defendants have not been served in this action.  Pursuant to Federal Rule of Civil Procedure 41(a), the case will be dismissed.

//

//

//

//

ORDER GRANTING MOTION TO
VOLUNTARILY DISMISS COMPLAINT **--** 1

Accordingly, **IT IS ORDERED THAT**:

1. Plaintiff's Motion, ECF No. 5, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

2. **IT IS FURTHER ORDERED** the Clerk of Court shall mail to Mr. Williams the paper original of the complaint received and scanned on December 12, 2016.  Plaintiff is admonished that all future documents he chooses to submit to the United States District Court, Eastern District of Washington, while he is incarcerated at a Washington State Department of Corrections facility, should be submitted electronically as required by General Order 16-35-1.

**IT IS SO ORDERED.**  The Clerk of Court is directed to **ENTER** this Order, **ENTER** judgment of dismissal without prejudice, **FORWARD** a copy to Plaintiff and **CLOSE** the file.

**DATED** this 10th day of January, 2017.



Stanley A. Bastian
United States District Judge

ORDER GRANTING MOTION TO
VOLUNTARILY DISMISS COMPLAINT **--** 2