# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| James Williams <br> *Plaintiff* <br> v. <br> Superintendent Holbrook, et al, <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 4:16-cv-05158-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 5, GRANTED.
The Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion to Voluntarily Dismiss Complaint

Date: 1/10/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler