UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERINTENDENT HOLBROOK, et al.,<br><br>    Defendants. | 4:16-cv-05158-SAB<br><br>**ORDER DENYING MOTIONS** |

By Order filed January 10, 2017 the Court dismissed this action pursuant to Plaintiff's request to withdraw his complaint, construing that request as a Motion to Voluntarily Dismiss. ECF No. 6. Plaintiff is proceeding *pro se* in this action; Defendants have not been served. The Court made no ruling regarding *in forma pauperis* status in this case.

On January 18, 2017, Plaintiff filed a Motion to reconsider and reinstate his complaint. ECF. No. 8. Then on February 6, 2017 Plaintiff filed a Motion to Withdraw Motion to Reconsider. ECF No. 10. The motions were noted for hearing on February 17, 2017 and March 8, 2017, respectively, and were considered without oral argument on the date signed below.

In his most recent submission, Mr. Williams admits that his initial complaint, consisting of 160 pages was "long, confusing and disorganized to the

**ORDER DENYING MOTIONS --** 1

point that it would be impossible for a judge to get a grasp of the events." He expresses a plan to rewrite his complaint to present a more comprehensible lawsuit, and one which would excuse the preclusive effects of 28 U.S.C. § 1915(g). He asks the Court to dismiss his Motion to Reconsider and he will re-file the lawsuit.

Accordingly, **IT IS ORDERED** that:

1. The Motion to Reconsider and Reinstate the Complaint, ECF No. 8, is **DENIED.**

2. The Motion to Withdraw Motion to Reconsider, ECF No. 10 is **DENIED.**

**IT IS SO ORDERED.** The Clerk of Court shall enter this Order and provide a copy to Plaintiff. The file shall remain **closed**.

**DATED** this 10th day of March, 2017.



Stanley A. Bastian
United States District Judge

**ORDER DENYING MOTIONS -- 2**